# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA
### RENO DIVISION

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 13 |
| | ) | |
| KENNETH R RICKMAN and | ) | Case No. 3-10-bk-51979 |
| KENDAL JOY RICKMAN, | ) | |
|    Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | GREGG W ZIVE |

## REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"),

as authorized agent for GE Money Bank (MONTGOMERY WARDS [Last four digit of account:8384]), a

creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal

Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of

the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given

or required to be given and all papers served or required to be served in this case be also given to and

served, whether electronically or otherwise, on:

     GE Money Bank
     c/o Recovery Management Systems Corp.
     25 SE 2nd Avenue, Suite 1120
     Miami, FL 33131-1605
     Attn: Ramesh Singh
     Telephone: (305) 379-7674
     Facsimile: (305) 374-8113
     E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 5, 2010

                     By: /s/ Ramesh Singh

                     Ramesh Singh
                     c/o Recovery Management Systems Corp.
                     Financial Controller
                     25 SE 2nd Avenue, Suite 1120
                     Miami, FL 33131-1605
                     (305) 379-7674

Assignee Creditor: MONTGOMERY WARDS [Last four digit of account:8384]