PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-15508

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (RENO)

In re                                                                 Bk. No. 10-51979-gwz

KENNETH R RICKMAN AND
KENDAL JOY RICKMAN                                    Chapter 13

　　　Debtors.                                                   REQUEST FOR SPECIAL NOTICE
_____/

　　　IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: July 1, 2010                    By /s/ Dean R. Prober
　　　　　　　　　　　　　　　　　　　　DEAN R. PROBER, ESQ., CA BAR # 106207
　　　　　　　　　　　　　　　　　　As Agent for BAC Home Loans Servicing, LP

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, July 8, 2010 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Kenneth R Rickman
Kendal Joy Rickman
4760 Vista Dr.
Sparks, NV 89436
Debtors

Joe M. Laub, Esquire
Laub and Laub
630 E. Plumb Ln.
Reno, NV 89502
Attorney for Debtors

William A. Van Meter
P. O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2010, at Woodland Hills, California.

/s/ Tina Gaboyan